Order entered November 7, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01445-CV

---

### JAY AND TERESA WARD COOPER, Appellants

### V.

### CITY OF PLANO, TEXAS, Appellee

---

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-034084-2011**

---

## ORDER

The Court has before it appellants' October 25, 2012 motion to extend time to file notice

of appeal. The Court **GRANTS** the motion and **ORDERS** the notice of appeal tendered to the

trial court on October 23, 2012 timely filed as of that date.

MOLLY FRANCIS
JUSTICE